

**BARNES IACCARINO & SHEPHERD LLP**

ATTORNEYS AT LAW

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/04/2026

Riccardo Iaccarino
Wendell V. Shepherd

Abrahim M. Assaily
Matthew J. Berger*
Danielle M. Carney
Michele J. Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Omar Saleem, Jr.

Roy Barnes, Retired

258 Saw Mill River Road
Elmsford, NY 10523
Tel: 914.592.1515
Fax: 914.592.3213

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

June 3, 2026

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**06/04/2026**

VIA ECF
Honorable Judge Katharine H. Parker, U.S.M.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:     <u>Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO, et al. v. Greenbuild LLC</u>

Case No.:     <u>1:26-cv-02631-VSB-KHP</u>

Dear Judge Parker,

This firm represents Petitioners Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO, et al.. On March 31, 2026, Petitioners filed a petition to confirm an arbitration award [ECF No. 1]. On April 2nd, the Court filed an Initial Case Management Conference Order [ECF No. 8], setting forth a conference for June 23rd at 2pm, which was served on Respondent Greenbuild LLC on April 6th [ECF No. 9]. A copy of the petition and supporting documents were served on Respondent on April 14th [ECF No. 11]. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, on June 3rd, Petitioners filed a motion for summary judgment and supporting documents [ECF Nos. 12-16]. To date, Respondent has not entered an appearance in this matter, nor has Respondent filed nor served a response to the petition. <u>In light of these circumstances, Petitioners respectfully request that the scheduled June 23rd Initial Case Management Conference Order be adjourned *sine die*.</u>

I appreciate your time and attention to this matter. Thank you.

Respectfully submitted,
*/s/ Lauren M. Kugielska*
Lauren M. Kugielska